UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) v. ) ) HUMANE ANIMAL ) WELFARE SOCIETY. ) ) Defendant. ) ) | Civil Action No. _____ **COMPLAINT** **JURY TRIAL DEMAND** |

## NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act to correct unlawful employment practices on the basis of retaliation, and to provide appropriate relief to Karen Schwulst (hereinafter "Schwulst") and other similarly situated individuals, who have been adversely affected by such practices.

As alleged with greater particularity in paragraph eight (8) below, the Equal Employment Opportunity Commission alleges that the defendant, Humane Animal Welfare Society, violated the Age Discrimination in Employment Act by retaliating against Schwulst and other similarly situated individuals after they filed charges of age discrimination.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (hereinafter "ADEA"), which incorporates by reference of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended

29 U.S.C. §§ 216(c) and 217.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Wisconsin.

## PARTIES

3. The plaintiff, Equal Employment Opportunity Commission (hereinafter "Commission"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, the defendant, Humane Animal Welfare Society (hereinafter "HAWS"), has been continuously engaged in the business of operating a shelter and providing adoption services for abandoned pets in the state of Wisconsin and the City of Waukesha, and has continuously had at least twenty (20) employees.

5. At all relevant times, HAWS has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. § 630(b), (g) and (h).

## CONCILIATION

6. Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliations, conference, and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIMS

7. More than 60 days prior to the institution of this lawsuit, Schwulst filed a Charge with the Commission alleging unlawful retaliation by HAWS, in violation of the ADEA. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. HAWS, has engaged in unlawful employment practices in violation of Section 4(d) of the ADEA, 29 U.S.C. § 623(d). These practices include, but are not limited to:

(a) On September 2, 2004, Schwulst and the other similarly situated individuals filed charges of age discrimination with the Commission, alleging that they have been terminated from their employment with HAWS because of their ages.

(b) Schwulst and the other similarly situated individuals were not rehired by HAWS in retaliation for filing charges of age discrimination, in violation of the ADEA.

9. The effect of the practices complained of in paragraph eight (8) above has been to deprive Schwulst and the other similarly situated individuals of equal employment opportunities in violation of Section 4(d) of the ADEA, 29 U.S.C. § 623(d).

10. The unlawful employment practices complained of in paragraph eight (8) above were and are willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## PRAYER FOR RELIEF

Wherefore, the Comission respectfully prays that this Court:

A. Grant a permanent injunction enjoining HAWS, and its officers, successors, and assigns, and all persons in active concert or participation with them, from engaging in any employment practices which constitute retaliation for activity protected by the ADEA;

B. Order HAWS, to institute and carry out policies, practices, and programs which

3

provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices;

  C.  Order HAWS, to make Schwulst and the other similarly situated individuals whole by providing appropriate backpay, in amounts to be determined at trial, an equal sum as liquidated damages, compensatory damages in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including, but not limited to, re-instatement of Schwulst and the other similarly situated individuals;

  D.  Grant such further relief as the Court deems necessary and proper in the public interest; and

  E.  Grant the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

                                    JAMES LEE
                                    Deputy General Counsel

                                    GWENDOLYN YOUNG REAMS
                                    Associate General Counsel

                                    EQUAL EMPLOYMENT
                                    OPPORTUNITY COMMISSION
                                    1801 "L" Street, N.W.
                                    Washington, D.C. 20507


Dated: September ___, 2005              _____
                                    Jean P. Kamp
                                    Regional Attorney


Dated: September ____, 2005            _____
                                    Rosemary J. Fox.
                                    Supervisory Trial Attorney


Dated: September ____, 2005            _____
                                    Marcie B. Cornfield
                                    Trial Attorney

                                    EQUAL EMPLOYMENT
                                    OPPORTUNITY COMMISSION

                                    Milwaukee District Office
                                    310 West Wisconsin Avenue - Suite 800
                                    Milwaukee, WI 53203-2292
                                    (414) 297-3983